# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEBORAH ROGERS**                                                                 **PLAINTIFF**

V.                         **CASE NO.: 3:09CV00199 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                  **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file her brief (docket entry #10) is GRANTED. The time is extended to, and including, March 15, 2010.

IT IS SO ORDERED this 4th day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE